**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| ALTHEA BUREY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GIANT FOOD STORES, LLC, )<br>)<br>and )<br>)<br>GIANT OF MARYLAND LLC, )<br>)<br>Defendants. )<br>_____) | No. 8:07-CV-03056-AW |

## **GIANT OF MARYLAND'S DISCLOSURE OF CORPORATE INTEREST**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 103.3, Defendant Giant of Maryland LLC, by and through undersigned counsel, certifies that it is wholly owned by Giant Food LLC and that its ultimate parent company is Koninklijke Ahold N.V., also known as Royal Ahold N.V.  Other than Royal Ahold N.V., no other publicly held company owns ten or more percent of Giant of Maryland LLC's stock.

Respectfully submitted,

\_\_/s/ Lesley A. Pate_____
Robert G. Ames, Bar No. 03372
Lesley A. Pate, Bar No. 16556
Venable LLP
575 7th Street, N.W.
Washington, D.C. 20004
(202) 344-4000
(202) 344-8300 (facsimile)
rgames@venable.com; lapate@venable.com
Counsel for Giant of Maryland LLC

March 17, 2008